IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No. 3:22-00329-1 |
| v. | ) | Waverly D. Crenshaw, Jr. |
| | ) | U.S. District Court Judge |
| | ) | |
| CHRISTIAN QUIROZ. | ) | |

## **MOTION TO RESCHEDULE HEARING**

Comes now the Defendant, by and through his counsel, Luke A. Evans, and would move this Honorable Court to reschedule the hearing on Mark Janbakhsh's Motion to Compel in Case No. 3:22-00340 which is currently scheduled at 9:00 a.m. on April 15, 2025. In support thereof, the Defendant would state as follows:

This case is related to *United States v. Janbakhsh, et al*, Case No. 3:22-00340. Mr. *Janbakhsh* has a Motion to Compel set for hearing on April 15, 2025, at 9:00 a.m. On April 3, 2025, the Court Ordered Counsel to appear for that hearing. (D.E. 42). Counsel currently has a civil trial set the morning of April 15th. As a result of the scheduling conflict, Counsel requests that the Court reschedule the hearing until sometime in the afternoon.

Counsel for the Defendant has consulted with Assistant United States Attorney Kathryn Booth regarding the requested relief and has been granted authority to state the government has no opposition and is available the afternoon of April 15th. Counsel has also consulted with Paul Bruno, counsel for Steven Piper, and Alex Little, Counsel for Mark Janbakhsh and has been granted authority to state that the Defendants do not oppose the requested relief and are available the afternoon of April 15th.

**WHEREFORE, PREMISES CONSIDERED**, the Defendant moves for the relief stated herein.

Respectfully submitted,

EVANS BULLOCH & PARKER PLLC

/s/ Luke A. Evans
LUKE A. EVANS, BPR #23620
Attorney for Defendant
302 North Spring Street
P. O. Box 398
Murfreesboro, TN 37133-0398
(615) 896-4154
lukeevans@bfhelaw.com

Certificate of Service

I hereby certify that on April 7, 2025, I electronically filed the foregoing Pleading with the clerk of the court by using the CM/ECF system to the following: **Kathryn Booth**, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee 37203. Said pleading was also sent to Paul Bruno, Jodie Bell and, Alex Little and John Ross Glover, via email to: pbruno@barrettjohnston.com, jodie@attorneyjodiebell.com, alex@litson.co, and jr@litson.co.

/s/ Luke A. Evans
LUKE A. EVANS